**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WENDY KILPATRICK**                                                                      **PLAINTIFF**
**ADC #717910**

**v.**                                   **Case No. 4:20-cv-01246-KGB**

**DOES,** *et al.*                                                                         **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Wendy Kilpatrick has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Ms. Kilpatrick's amended complaint for failure to state a claim on which relief can be granted (Dkt. No. 7). The Court finds that this dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this the 9th day of February, 2021.

                                                                      Kristine G. Baker
                                                                      United States District Judge