IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WENDY KILPATRICK**                                                                     **PLAINTIFF**
**ADC #717910**

**v.**                      **Case No. 4:20-cv-01246-KGB**

**DOES**, *et al.*                                                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Wendy Kilpatrick's amended complaint is dismissed without prejudice (Dkt. No. 7). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 9th day of February, 2021.

                                                           _____
                                                           Kristine G. Baker
                                                           United States District Judge